Petition for Writ of Mandamus Denied and Opinion filed August 15, 2002









Petition for Writ of Mandamus Denied and Opinion filed
August 15, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00790-CV

____________

 

IN RE JOSE ANSELMO GARCIA, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

O P I N I O N

On August 6, 2002, relator filed a petition
for writ of mandamus in this Court seeking to compel the Judge of the 248th
District Court to rule on his motion to furnish him a copy of his trial
record.  See Tex. Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2002);  see also Tex. R. App. P. 52.

We deny relator=s petition for writ of mandamus.

 

PER CURIAM

 

Petition Denied
and Opinion filed August 15, 2002.

Panel consists of
Chief Justice Brister and Justices Hudson and Fowler.

Do Not Publish ‑ Tex. R. App. P. 47.3(b).